AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES ALLEN FREEMAN, JR.,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV220-15

NCRC; CENLAR FSB (CENTRAL LOAN ADMINISTRATION & REPORTING); and VENDOR RESOURCES MANAGEMENT INC. as Manager for Secretary of Veterans Affairs,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 14th day of December 2020, Plaintiff's claims against Defendants VRM and NCRC are DISMISSED without prejudice, and Plaintiff's claims against Cenlar are DISMISSED with prejudice; there being no claims remaining, this case stands CLOSED.

Approved by: _/s/_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 15, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020